Curtis W. COATS v. The UNITED STATES.

No. 5711.

Circuit Court of Appeals, Seventh Circuit.

March 2, 1936.

Luis Kutner and Louis I. Fisher, both of Chicago, Ill., for appellant.

Michael L. Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges.

1004

PER CURIAM.

Now this day come the parties by their counsel and enter into an oral agreement to dismiss this appeal. On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.